# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN LAMONT BROWN, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>SUPERINTENDENT RAYMOND J. )<br>SOBINA, et al., )<br>Defendants. ) | C.A. No. 08-128 Erie |

## MEMORANDUM ORDER

Plaintiff's civil rights complaint was received by the Clerk of Court on May 1, 2008 and was referred to United States Magistrate Judge Francis X. Caiazza for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's report and recommendation, filed on June 11, 2008 [16], recommends that the Plaintiff's Motions for a Temporary Restraining Order ([11] and [14]) be denied. The parties were allowed ten (10) days from the date of service in which to file objections. Plaintiff's objections [17] were filed on June 20, 2008.

After de novo review of the Complaint and the documents in the case, together with the Report and Recommendation and Plaintiff's objections thereto, the following order is entered:

AND NOW, this 7th Day of July, 2008, IT IS HEREBY ORDERED that the Plaintiff's Motions for Temporary Restraining Order [11 and 14] are DENIED. The report and recommendation of Magistrate Judge Caiazza, dated June 11, 2008 [16], is adopted as the opinion of this Court. However, Plaintiff has asserted additional allegations in support of his request for injunctive relief in his objections to the

Magistrate Judge's Report and Recommendation. Plaintiff is hereby given twenty (20) days from the date of this Order within which to file an amended motion for temporary restraining order.

s/ Sean J. McLaughlin

SEAN J. McLAUGHLIN
United States District Judge

cm:    all parties of record.
       U.S. Magistrate Judge Francis X. Caiazza