IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SHAWN LAMONT BROWN,                )
                                   )
            Plaintiff,             )   Civil Action No. 08-128E
                                   )
      v.                           )   Judge McLaughlin
                                   )   Magistrate Judge Caiazza
SUPERINTENDENT RAYMOND             )
J. SOBINA, *et al.*,               )
                                   )
            Defendants.            )

**MEMORANDUM ORDER**

Shawn Lamont Brown's civil rights complaint was received by the Clerk of Court on May 1, 2008, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The case has since been referred to Magistrate Judge Cathy Bissoon.

The Magistrate Judge's Report and Recommendation, filed on September 11, 2008, recommended that the Plaintiff's Second Motion for a Temporary Restraining Order be denied. The parties were allowed ten days from the date of service of the report to file objections. Service was made on Plaintiff by First Class United States Mail at his place of incarceration. Objections were due on or before September 29, 2008. No objections have been filed.

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation, the following

order is entered:

AND NOW, this 7th day of October, 2008,

IT IS HEREBY ORDERED that the Plaintiff's Second Motion for a Temporary Restraining Order (Doc. 21) is DENIED.

The Report and Recommendation of Magistrate Judge Bissoon, (Doc. 32), dated September 11, 2008, is adopted as the opinion of the court.

s/Sean J. McLaughlin
Sean J. McLaughlin
U.S. District Court Judge

cc:
SHAWN LAMONT BROWN
GH-3325
SCI FOREST
BOX 945
MARIENVILLE, PA 16239