IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN LAMONT BROWN, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>SUPERINTENDENT RAYMOND J. )<br>SOBINA, et al., )<br>Defendants. ) | C.A. No. 08-128 Erie |

## MEMORANDUM ORDER

Plaintiff's civil rights complaint was received by the Clerk of Court on May 1, 2008 and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. This case has since been referred to Magistrate Judge Cathy Bissoon.

The Magistrate Judge's Report and Recommendation, filed on July 21, 2009 [70], recommended that the Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order [69] be denied. The parties were allowed ten days from the date of the service in which to file objections. Plaintiff filed objections [71], along with supporting exhibits [72], on July 29, 2009.

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation and Objections thereto, the following order is entered:

AND NOW, this 13th Day of August, 2009,

IT IS HEREBY ORDERED that the Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order [69] is DENIED.

The report and recommendation of Magistrate Judge Bissoon [70], dated July 21, 2009, is adopted as the opinion of this Court.

          s/ Sean J. McLaughlin

          SEAN J. McLAUGHLIN
          United States District Judge

cm:   all parties of record
       U.S. Magistrate Judge Cathy Bissoon